**THE FOLLOWING ORDER IS APPROVED.**

**Dated: February 1, 2012**

_____
**Hon. Thomas S. Utschig**
**United States Bankruptcy Judge**

_____

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: | ) |
| | ) |
| **BRUCE C. WENGER** | )   Case No. 11-10728-7 |
| | ) |
| | ) |
| Debtors. | ) |

**ORDER DISMISSING CASE PURSUANT TO SECTION 707(b)**

On January 23, 2012, a hearing was held on the U.S. Trustees' Motion to Dismiss this case pursuant to 11 U.S.C. §707(b).  Attorney Robert Everhart appeared for the Debtor, and stated that the Debtor agreed to dismissal of this case.  Accordingly, based upon the U.S. Trustee's Motion and the statements of counsel,

   **IT IS HEREBY ORDERED** that this case is dismissed.

###